IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WINDELL WHITE,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4001

Opinion filed January 23, 2015.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Windell White, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

   AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.